SUN OIL COMPANY OF PENNSYLVANIA *v.*
MELVIN R. WELLINGTON ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Thor L. Crone,* in support of the petition.

*Alan R. Baker,* in opposition.

Decided February 27, 1980

JOHNNIE MAY GRAY *v.* JAYCEE HOUSING
CORPORATION

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*William G. Speed IV,* in support of the petition.

*William F. Gallagher* and *Roger B. Calistro,* in opposition.

Decided February 27, 1980

SMEDLEY CRANE SERVICE, INC. *v.* PUBLIC UTILITIES
CONTROL AUTHORITY ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Sidney L. Goldstein,* in support of the petition.

*Peter J. Jenkelunas,* assistant attorney general, in opposition.

Decided March 4, 1980